# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANJINDER HAYER, an individual, | Case No.:  2:20-cv-01964-MCE-JDP |
| Plaintiff, | *Assigned to the Hon. Morrison C. England, Jr.* |
| vs. | |
| MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive, | **ORDER OF DISMISSAL** |
| Defendants. | |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is APPROVED.  IT IS HEREBY ORDERED THAT, pursuant to Federal rule of Civil Procedure 41(a)(1), the entire action, including all claims and counterclaims stated herein against all parties, is DISMISSED with prejudice. Each side shall bear its own costs and attorney's fees, and the Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:  February 16, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1
ORDER OF DISMISSAL